FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 17 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE WASHINGTON

1  JAMES A. McDEVITT
   United States Attorney
2  JAMES P. HAGARTY
   Assistant United States Attorney
3  402 E. Yakima Avenue, Suite 210
   Yakima, WA 98901-2760
4  (509) 454-4425

**CR-07-2048-FVS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | INDICTMENT |
| vs. | Vios: <u>Ct. 1:</u> 21 U.S.C. § 846- Conspiracy to Manufacture and Distribute a Controlled Substance |
| LOC V. PHAN,<br>DUC MINH TRAN,<br>TAM THANH LE,<br>DANNY NGUYEN,<br>HENRY NGUYEN,<br>DU CHI VO, | |
| Defendants. | |

The Grand Jury charges:

### COUNT 1

Beginning on or about January 1, 2006 and continuing to on or about April 11, 2007, at Yakima County, in the Eastern District of Washington and elsewhere, the Defendants, LOC V. PHAN, DUC MINH TRAN, TAM THANH LE, DANNY NGUYEN, HENRY NGUYEN and DU CHI VO, did knowingly and intentionally conspire, confederate and agree with each other and others to commit the following

offense against the United States, to wit: to knowingly and intentionally manufacture in excess of 1000 or more marijuana plants, with intent to distribute marijuana; in violation of Title 21, United States Code, Section 841(a)(1), and did aid and abet said conspiracy and agreement; all in violation of Title 21 United States Code, Section 846 and Title 18, United States Code, Section 2.

DATED this 17th day of April, 2007.

A TRUE BILL

JAMES A. McDEVITT
United States Attorney


DONALD E. KRESSE, JR.
Assistant United States Attorney


JAMES P. HAGARTY
Assistant United States Attorney